IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CABLE & WIRELESS INTERNET ) <br> SERVICES, INC. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 03-cv-10900 MLW <br><br> Judge Mark L. Wolf |

## STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Akamai Technologies, Inc. ("Akamai") and Defendant Cable & Wireless Internet Services, Inc. ("CWIS"), hereby stipulate that the complaint and counterclaim, including all claims and counterclaims asserted in the above-referenced action by and between Akamai and CWIS, be dismissed without prejudice. Each party shall bear its own fees and costs with respect to this action.

DATED: 11/13/2003

STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 – Page 1

Respectfully submitted,

| AKAMAI TECHNOLOGIES, INC. | CABLE & WIRELESS INTERNET SERVICES, INC. |
|---|---|
| *(signature)* | *(signature)* |
| John P. Iwanicki, Esq., BBO# 556465 | Daniel P. Tighe, BBO# 556583 |
| Ernest V. Linek, Esq., BBO# 543985 | Scott McConchie, BBO# 634127 |
| BANNER & WITCOFF, LTD. | GRIESINGER, TIGHE & MAFFEI, LLP |
| 28 State Street, 28th Floor | 176 Federal Street |
| Boston, Massachusetts 02109 | Boston, Massachusetts 02110 |
| (617) 227-7111 | (617) 542-9900 |
| | |
| David H. Judson, Esq. | Michael J. Bettinger |
| LOCKE LIDDELL & SAPP LLP | Timothy P. Walker |
| 2200 Ross Avenue Suite 2200 | PRESTON GATES ELLIS LLP |
| Dallas, Texas 75201 | 55 Second Street, Suite 1700 |
| (214) 740-8569 | San Francisco, California 94105 |
| | (415) 882-8002 |

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Mark L. Wolf
United States District Court
District of Massachusetts

03142:00001 : DALLAS : 1220374.1